**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-6727**

———————————

JONATHAN RANDALL FRIZZELLE,

Plaintiff - Appellant,

versus

HALIFAX COUNTY JAIL; SHERIFF EUGENE SHORTT;
NURSE CARLTON GRAVES; DOCTOR MITCHELL,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Jackson L. Kiser, Chief District
Judge.  (CA-95-1190-R)

———————————

Submitted:  September 5, 1996      Decided:  September 17, 1996

———————————

Before WIDENER and WILKINS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Jonathan Randall Frizzelle, Appellant Pro Se.  Mark Timothy
Williams, WILLIAMS, STILWELL, MORRISON & GRIMES, Danville, Virgin-
ia; Jason Robert Davis, HEILIG, MCKENRY, FRAIM & LOLLAR, Norfolk,
Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Frizzelle v. Halifax County Jail</u>, No. CA-95-1190-R (W.D. Va. Apr. 23, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>